IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DABREEL CHRISTIAN BOLTON, #17879**            **PLAINTIFF**

v.            CIVIL NO. 1:21-cv-83-HSO-JCG

**JACKSON COUNTY ADC,**
**MIKE EZELL,**
**MITCHELL McMILLIAN,**
**and TYRONE NELSON**            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of August, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE